AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>ANDREW ROBERTSON<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 3, 2018__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1341 | Mail Fraud |

This criminal complaint is based on these facts:

As described in the attached affidavit, incorporated by reference, ROBERTSON devised and intended to devise a scheme to defraud and obtain money and property from Firm A by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing this scheme, on or about 1/3/18, he knowingly caused to be delivered into the District of Columbia, by commercial interstate carrier Federal Express, proceeds of this scheme.

☐ Continued on the attached sheet.

*Complainant's signature*

Special Agent Alexander Scanzera, US Secret Svc.
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/29/2019

*Judge's signature*

City and state: Washington, D.C.  Hon. Deborah A. Robinson, U.S. Magistrate Judge
*Printed name and title*