**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Criminal No.** |
| v. | ) | |
| | ) | **FILED UNDER SEAL** |
| **ANDREW ROBERTSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**AFFIDAVIT IN SUPPORT OF
CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Alexander Scanzera, being duly sworn, affirm and state:

**INTRODUCTION**

1.      I am a Special Agent with the United States Secret Service ("USSS") assigned to

the Washington Field Office.  I have been in this position since June 11, 2017 and have worked in

law enforcement since June of 2013. I have completed the Federal Law Enforcement Training

Center's 12-week Criminal Investigation Training Program, as well as the 18-week USSS Special

Agent Training Program follow-up academy.  During this time, I received detailed training in both

academic and practical application of investigative techniques involving counterfeiting, bank

fraud, wire fraud, access device fraud, money laundering, identify theft, and other financial crimes.

As a federal agent, I am authorized to investigate violations of laws of the United States, and as a

law enforcement officer I am authorized to execute warrants issued under the authority of the

United States.

2.      I am assigned to this investigation and have participated in it since the case was

initiated.   My involvement has included interviewing victims and witnesses, and reviewing

financial and other records provided to me by numerous financial institutions and other entities.

3.        This affidavit is submitted for the purpose of establishing probable cause.  The facts in this affidavit are based on my investigation, personal observations, training, and experience, as well as information conveyed to me by other law enforcement officials.  Because this affidavit is limited in purpose, it is not intended to include each and every fact and matter observed by me or known to the United States.

## PURPOSE OF AFFIDAVIT

4.        This affidavit is submitted in support of a criminal complaint charging the defendant, ANDREW ROBERTSON (hereinafter "ROBERTSON"), with one count of Mail Fraud, in violation of Title 18, United States Code, Section 1341.  This affidavit is also submitted in support of an arrest warrant for ROBERTSON.

## SUMMARY

1.        Firm A is an international law firm with offices located throughout the United States, Asia, and Europe, including an office in Washington, D.C. and an office in Northern Virginia. The firm has over 1,000 lawyers who advise clients across a range of industries and practices. Within the law firm, there are also administrative assistants and managers who help maintain and support day-to-day operations and general office upkeep.

2.        ROBERTSON was employed by Firm A as an office operations manager for Firm A's Washington, D.C. and Northern Virginia offices from February 2017 through November 2018. ROBERTSON's responsibilities included purchasing and approving purchase orders for new office supplies, renovations, and office catering.  Firm A issued to ROBERTSON a firm Bank of

America Purchasing Credit Card (hereinafter "P-card") that he was instructed to use for purchases made for the law firm in connection with his law firm duties and responsibilities.

3.      Beginning in or around April 2017, and continuing through October 2018, in the District of Columbia and elsewhere, ROBERTSON devised and intended to devise a scheme to defraud and to obtain money and property from Firm A by means of materially false and fraudulent pretenses, representations, and promises. As more fully described below, ROBERTSON used his firm-issued P-card to make over $400,000 in unauthorized personal purchases from retailers, unauthorized payments of personal expenses, and unauthorized payments to his own personal PayPal account. ROBERTSON attempted to cover up these unauthorized transactions by creating and submitting fraudulent invoices and accounting classifications to Firm A's billing department to make it seem as though these expenditures were for legitimate law firm purposes, when, in fact, he knew that these expenditures were solely for his own personal benefit.

4.      For the purpose of executing and attempting to execute the above-described scheme to defraud, ROBERTSON did knowingly cause to be delivered into the District of Columbia, by commercial interstate carrier, certain proceeds of this scheme.  That is, ROBERTSON regularly used the Firm A P-card to make purchases from retailers of purely personal items that he arranged to be delivered to his personal residence, in the District of Columbia, via Federal Express (hereinafter "FedEx"), an interstate carrier.  He caused one such delivery to be made on or about January 3, 2018.

**PROBABLE CAUSE**

5.      ROBERTSON was hired by Firm A in early February 2017. Within a week of joining the firm, he was issued his Firm A Bank of America P-card.  The terms and conditions of the P-Card, which were provided to ROBERTSON when he was issued the card, provided that users were only permitted to use the card to purchase items for law firm purposes. The terms and conditions specifically forbade use of the company card for personal purchases, stating in pertinent part: "The Bank of America Purchasing Card should be used for business-related purchases that are for the office or firm operations, such as payment for supplies or equipment, catering, business development events, attorney recruiting related expenses and fees."

6.      Despite these warnings, from approximately April 2017 through October 2018, ROBERTSON used his firm-issued P-card to make over $110,000 in personal purchases that he was not authorized to make with the firm P-card, including but not limited to:

   a. Approximately $90,000's worth of items from the online retailer Amazon.com (hereinafter "Amazon");

   b. Over $12,000's worth of home furnishings from the retailer Crate & Barrel;[1]

   c. A $1,279 media console from the retailer Williams & Sonoma;

   d. Almost $5,000 in groceries over the course of about 36 orders through InstaCart, a website and application that enables users to place grocery delivery orders online; and

---

[1] Attachment A to this Affidavit includes a list of purchases made by ROBERTSON on his Firm A P-card from Amazon.com and Crate and Barrel during the April 2017 through October 2018 time period.

e.  Roughly $1,200 in groceries over the course of about ten orders through FreshDirect, a similar website and application that enables users to place grocery delivery orders online.

7.      The very nature of most of these items (clothing, jewelry, home furnishings, a bed and bedding, groceries, etc.), suggest they were personal purchases. Additionally, based on receipts and records provided to law enforcement by the vendors listed in the preceding paragraph, all of the items listed in the preceding paragraph were shipped or delivered to ROBERTSON'S personal residences in Virginia and the District of Columbia. Finally, law enforcement has interviewed Firm A's Director of Administration, who verified that the firm would not normally purchase any of these items in its ordinary course of business.

8.      ROBERTSON used his position as an office operations manager to approve fraudulent invoices that he created to cover up the personal nature of these expenditures. This investigation has determined that ROBERTSON sometimes copied and pasted lists of items purchased from receipts he truly received into templates of old invoices received by the firm from legitimate vendors for legitimate purchases. On other occasions, ROBERTSON would take an email receipt from a company like Amazon, and he would change the description of "items purchased" to sound like office supplies, and he would change the delivery address to the firm's address instead or his own personal address.[2] ROBERTSON would tend to classify these items on invoices and in Firm A accounting records as "office supplies" or "catering" expenses.

_____

[2] Your affiant is drawing this conclusion by comparing the receipts and records provided by the vendors for these transactions with the invoices ROBERTSON submitted to Firm A. Those invoices were either provided to law enforcement by Firm A personnel or recovered from ROBERTSON's Firm A office.

5

9.      ROBERTSON also used his firm-issued P-card to make unauthorized payments for his personal expenses. For example, ROBERSTON used the P-card to make over $45,000's worth of charges to pay for storage units for his own personal items. ROBERTSON claimed that these expenses were for the storage of Firm A office furniture; however, Firm A personnel have told law enforcement that the firm did not utilize these storage units. Similarly, ROBERTSON used the P-card to make over $5,000 in payments to Verizon for his personal Verizon bills. Firm A personnel have confirmed that ROBERTSON was not authorized to use law firm funds to pay his personal Verizon bills. ROBERTSON used fraudulent invoices and accounting codes to cover up the personal nature of these expenditures, as well.

10.      Finally, between August 2017 and November 2018, ROBERTSON used the firm P-card to transfer nearly $275,000 to his own personal PayPal account. PayPal is a company based in San Jose, California, which operates a digital payments platform. Among other services, PayPal provides a way for users to make electronic financial payments and monetary transfers online. Using the PayPal website, ROBERTSON made almost 100 transactions where his Firm A P-card was charged for an amount that was then credited to his personal PayPal account (according to records from PayPal, the account user is listed as "Andrew Robertson" with ROBERTSON'S known date of birth, and almost immediately after each of these transactions charging the Firm A P-card to credit this PayPal account, an almost identical amount was transferred out of the PayPal account and into a personal Bank of America checking account in ROBERTSON'S name).

11.      ROBERTSON attempted to cover up this portion of the fraud by once again creating false invoices and making false entries in accounting software. For these approximately $275,000 in transactions, ROBERTSON submitted invoices and accounting entries that suggested

that these payments were for the firm's catering bills from Catering Company 1. In fact, records provided by Catering Company 1 to law enforcement show that the company provided services to Firm A on only about seven occasions from January 2017 through December 2018, for a total of about $12,000. To further try to conceal this scheme, PayPal records show, ROBERTSON changed the account information associated with his personal PayPal account to mimic the name and address of Catering Company 1.

12.    As discussed above, in furtherance of this scheme to defraud Firm A, ROBERTSON knowingly caused to be delivered into the District of Columbia, by commercial interstate carriers, certain proceeds of this scheme.  For example, on or about January 3, 2018, at approximately 4:32 p.m. Eastern Time, ROBERTSON placed an order on Amazon.  Logging into the website under an account linked to his personal email account, ROBERTSON placed Amazon Order No. 113-8218989-6772248 for one pair of Prada Men's Khakis Stretch Straight Leg Jeans, size US 36 IT 52.  The item cost $264.98, and ROBERTSON paid for the item using his Firm A P-card.  Robertson directed Amazon to deliver the item to "Andrew Robertson" at an address that is known to be ROBERTSON'S personal residence in the District of Columbia.  ROBERTSON selected a two-day shipping option.  The item was delivered via "FedEx PTP Second Day" to ROBERTSON'S D.C. address.

13.    Law enforcement obtained from Amazon the receipt for this purchase, which is consistent with the details listed in the previous paragraph. Law enforcement also obtained from Firm A a copy of the receipt ROBERTSON submitted to justify this expense. In the version submitted by ROBERTSON, the description of the "Items Ordered" has been altered to list "8 Monitor Holder[s]," and the shipping address has been altered to list "Andrew Robertson" at Firm

A's District of Columbia office address. The price of the item, the billing address, and the payment information are all identical to those listed on the authentic receipt from Amazon. However, the Amazon Order number on the receipt submitted by ROBERTSON has also been altered by two digits to 113-8218989-672211. Law enforcement obtained from Amazon a list of all purchases made by ROBERTSON using his Firm A P-card from May 2017 through November 2018, and that order number of 113-8218989-6772211 does not appear anywhere on that list.

14.    ROBERTSON'S fraud scheme was first detected by Firm A in October 2018, during an internal firm audit.  ROBERTSON was placed on administrative leave on November 20, 2018, pending further investigation. Afterwards, the Director of Administration and ROBERTSON'S direct supervisor at Firm A attempted to reach ROBERTSON by telephone. After several unsuccessful attempts, the firm relieved ROBERTSON of his duties and terminated him from his position on November 30, 2018 via official mail sent to his residence, which at the time was located in the District of Columbia. On or about December 17, 2018, Firm A's director of administration contacted law enforcement to report the fraud.

15.    On or about July 1, 2019, law enforcement executed a search warrant on ROBERTSON'S known District of Columbia residence, in an effort to recover some of the items he fraudulently purchased using the Firm A P-card; however, the apartment was empty at the time. It appeared as though the occupant had recently moved.

## CONCLUSION

16.     Based on my training and experience, and the information provided in this affidavit, there is probable cause to believe that on or about January 3, 2018, in the District of Columbia and elsewhere, ANDREW ROBERTSON did knowingly and willingly commit mail fraud, in violation of Title 18, United States Code, Section 1341.

<br>

_____
Alexander Scanzera
Special Agent, United States Secret Service

Sworn and subscribed to before me this _____ day of October, 2019,

_____
The Honorable Deborah A. Robinson
United States Magistrate Judge

**ATTACHMENT A**

**Items Purchased from Amazon and Crate & Barrel by ROBERTSON**

**Using the Firm A Purchasing Card ("P-card")**

| | |
|---|---|
| LG Electronics 60UJ7700 60-Inch 4K Ultra HD Smart LED TV (2017 Model)<br>Simplehuman Tension Arm Paper Towel Holder, Stainless Steel<br>Heavy 6G PEVA Frosted Shower Curtain Liner - 72" by 72" Frosted Liner - Mildew Resistant - Chlorine Free<br>InterDesign York Lyra Over the Door Organizer Hooks for Coats, Hats, Robes, Towels - 3 Hooks, Chrome<br>Nike Men's Air Jordan 7 Retro Shoe, University Blue/White/Black/White, 8.5 D(M) US<br>Air Jordan 7 Retro Pure Money Men Lifestyle Sneakers vii New White - 8.5<br>Tommy Hilfiger Men's Dathan Fashion Sneaker,Light Brown Leather,8.5 M US<br>Diesel Men's Claw Action S-Actwyngs Sneaker, Vaporous Gray/Castlerock, 8.5 M US<br>Versace Collection Men's Brown Leather Fashion Sneakers Shoes US 9 IT 42<br>Polo Ralph Lauren Men Long Sleeve Pony Logo T-Shirt (X-Large, Brown Heather)<br>Polo Ralph Lauren Mens Classic Full-Zip Fleece Hoodie (RL 2000 Red, X-Large)<br>Polo Ralph Lauren Mens Pima Cotton V-Neck Sweater (Mediterranean Blue , L)<br>Polo Ralph Lauren Mens Pima Cotton V-Neck Sweater (Natural , XL)<br>POLO RALPH LAUREN MEN'S PIMA COTTON V-NECK SWEATER, FLAME HEAT, XL<br>iRobot Roomba 652 Robot Vacuum<br>DecoBros Over The Door 6 Hook Organizer Rack - Silver | Gucci Men's GG Guccissima Leather High-top Sneaker, Nero (Black) 221825 (8.5 US/8 UK)<br>Gucci Interlocking Iconic Bezel Anthracite Stainless Steel Men's Watch with Leather Band(Model:YA133206)<br>Prada Men's Dark Blue Denim Casual Pants US 36 IT 52;<br>Triple F.A.T. Goose SAGA Collection \| Norden Mens Hooded Goose Down Jacket Parka with Real Coyote Fur (X-Large, Navy)<br>Prada Men's Suede with Nylon Trainer Sneaker, Navy/black 4E2942 (8.5 US/7.5 UK)<br>Prada Men's Military Green Stretch Straight Leg Jeans US 36 IT 52<br>Bath & Body Works 3-Wick Candle in Fresh Balsam<br>Prada Men's Plume Calf Leather With Suede Trainer Sneaker, Grey/White/Blue 4E2943 (9 US/8 UK)<br>Prada Men's Cotton Argyle Sweater Beige<br>Unisex Wool Knit Scarves Thick Warm For Cold Winter Striped Soft Mens Braided Acrylic Wrap DFS096 Brown<br>Dior Homme Geometric Print Hooded Sweatshirt Hoodie Grey<br>Prada Men's Khakis Stretch Straight Leg Jeans US 36 IT 52<br>Ohoo Mens Slim Fit Long Sleeve Lightweight Zip-up Hoodie With Kanga Pocket/DCF002-WHITE-XL<br>Prada Men's Cotton Turtle Neck Logo Long Sleeve Sweater White<br>The Joanna Vargas Twilight Epidermal Growth Factor Face Mask Will Help You Get Rid Of |

Wrinkles - Moisturizers with Peptides - Amino Acids

Baxter of California Vitamin Cleansing Bar,7 oz

Prada Men's Nylon With Plume Calf Leather Trainer Sneaker, Black (Nero) 4E2845 (8.5 US/7.5 UK)

Prada Men's 2OE018 84C F0002 Black Leather Business Shoes EU 7.5 (41,5) / US 8.5

Philips Norelco Nose trimmer 1500, NT1500/49, with 3 pieces for nose, ears and eyebrows

Prada Men's Leather With Nylon Web Detail Lace-up Sneakers, White/Blue 4E3113 (8.5 US/7.5 UK)

Tumi Alpha Bravo Andersen Slim Commuter Brief, Hickory, One Size

Gucci Men's Wool Green Red Interlocking GG Slouchy Beanie Ski Hat

Gucci Men's Lightweight Burgundy Beige Wool Cashmere Beanie Ski Winter Hat

Gucci Viaggio Collection Men's Beige Techno Cotton Twill Hooded Winter Snow Jacket, Beige, XL

The North Face Men's Gordon Lyons Hoodie - Urban Navy Heather - XL

The North Face Half Dome Full Zip Hoodie - Men's TNF Black/TNF Black Reflective X-Large

The North Face Men's Half Dome Red Box Pullover Hoodie,TNF Red/TNF Black, X-Large

Gucci Men's Brown Leather Ankle Boots Shoes US 8.5 IT 7.5 EU 41.5;

SODO Men's SODO Men's SLU Premium Performance Hoodie, Heather Charcoal/Black, X-Large

BURBERRY Men's Jumper Sweater Pullover With Zip Rawlins Grey US Size L (US 40) 40593771

BURBERRY for Men Eau de Toilette, 1.7 oz

Nike Club Swoosh Men's Fleece Sweatpants Pants Classic Fit, Large - Dark Green/White

Vince Camuto Homme Eau de Toilette Spray, 6.7 Fl Oz

John Varvatos Artisan Eau de Toilette Spray, 4.2 fl. oz.

BURBERRY Men's Crew Neck Neckline Jumper Sweater Pullover Rossan Grey US Size XL (US 42) 40563291

Burberry Purple randolf Cashmere Sweater (XL)

Gucci Men's Blue Ripstop Hooded Techno Parka Jacket US XL EU 54

Leif Nelson LN20227 Men's Knitted Pullover,Black,US-XL / EU-XXL

Malin + Goetz Lime Bar Soap 140g HS-504-05

Dior Homme By Christian Dior For Men. Eau De Toilette Spray 3.4 Ounces

Baxter of California Vitamin Cleansing Bar, Italian Lime and Pomegranate, 7oz

Bath and Body Works Bergamot Waters Candle - Large 3-wick 14.5 oz White Barn Candle Co. - Bergamot Sandalwood Scent

Bath & Body Works 3-Wick Candle in Mahogany Teakwood High Intensity

New Era Mens NY Jets 39Thirty Sideline Hat, Green, M/L

Levi's Men's Carpenter Pant-Slim Fit, Compost Stretch Canvas, 36 30

CL - Tom Ford Solid Brown Casual Shirt Size 43/17 U.S.

Prada Cotton Crewneck Sweatshirt Beige

Polo Ralph Lauren Men's Cotton Blend Fleece Sweatpants Pants (Large, Light Sport Heather)

RALPH LAUREN Polo Mens Signature Classic Fleece Pants (Large, Blue Heather/Red Pony)

byFruit of the Loom Fruit of The Loom Men's 6-Pack Stay Tucked Crew T-Shirt (White, Large/42"-44" Chest)

Untlet Men's Lightweight Robes Long Sleeve Spa Robes Cotton (Navy Blue, X-Large)

Polo Ralph Lauren 6-Pack Marled Sole Grey Heel/Toe Athletic Crew Sock, White Assorted

Nike Mens Open Hem Fleece Pocket Sweatpants Light Grey/White 823513-063 Size Large

Prada Men's Cotton Piqué Short Sleeve Slim Fit Polo, Nero SJJ887 (2XL)

Bath and Body Works Bergamot Waters Candle - Large 3-wick 14.5 oz White Barn Candle Co. - Bergamot Sandalwood Scent

Bath & Body Works Candle 3 Wick 14.5 Ounce White Barn Pure White Cotton

Polo Ralph Lauren Mens Long Sleeve Crewneck Logo T-Shirt - XL - Charter Green

Polo Ralph Lauren Men's Long Sleeve Pony Logo T-Shirt - X-Large - Black Charcoal

Michael Kors Men's Abstract Patterned Cotton Shirt-M-XL

Prada Men's Black Full Zip Long Sleeve Shirt Size US 17 IT 43

Prada Men's Multi-Color Long Sleeve Dress Shirt US 17.5 IT 44;

NEW Simple Shine Stick | Compact Diamond Cleaning Brush and Jewelry Cleaner Solution All-In-One

Tumi Tegra-Lite  Max Large Trip Expandable Packing Case, T-Graphite, One Size

Jordan Men's Air XXXII PF, Signal Blue/Metallic Silver/Team Orange, 8.5 M US

Nike Dry Training Academy Men's Tracksuit (L, Black/White)

NIKE Mens Sportswear Tech Fleece Windrunner Hooded Sweatshirt Carbon Heather/Black 805144-091 Size Large

Michael Kors Men's Nylon Active Vest (Large, Mandarin)

Prada Men's Multi-Color Silk V-Neck Sleeveless Vest Sweater US L IT 52;

NIKE Air Jordan I 1 Retro High Hi NRG Patent Gold Toe 861428-007 US Size 8.5

Men's Air Jordan 3 Retro OG, Black Cement, 8 US

Prada Sport Men's Leather Low-Top Sneaker Shoes White

Prada Men's Suede With Nylon Trainer Sneaker, Blue 4E3110 (8.5 US/7.5 UK)

Burberry Light Gray randolf Cashmere Sweater L

Prada Men's 100% Wool Blue Crewneck Light Sweater US XL IT 54

Prada Men's 100% Wool Black V-Neck Pullover Sweater US XL IT 54;

Wiberlux Saint Laurent Men's High-Top Punched Accent Sneakers 39.5 Black Silver

Prada Men's Saffiano Rombi Leather Bi-fold Wallet 2MO513 Nero

Prada Men's 4E3015 234 F0009 White Leather Sneaker EU 7.5 (41,5)/US 8.5

Belle Fleur - Mayan Tuberose Candle

Mia Lorentz -Traditions - Smokey Cedarwood & Clove - 8.5 Oz. Luxury Candle

Diptyque Baies Candle-6.5 oz.

Prada Men's Multi-Color Full Zip Wool Cardigan Sweater Jacket US XL IT 54;

Beats Mixr On Ear Headphone - Blue

byFruit of the Loom Fruit of The Loom Men's 6-Pack Stay Tucked Crew T-Shirt (White, Large/42"-44" Chest)

adidas Originals Men's Superstar Track Jacket, Scarlet, L

adidas Men's Originals Superstar Track Pants, Scarlet, L

Apple 13.3" MacBook Air, 128GB SSD, MQD32LL/A Starters Bundles [Mid-2017 - Newest Version]

Prada Men's Leather Logo Penny Loafer Shoes Black

Prada Men's Cotton Piqué Short Sleeve Slim Fit White Polo Shirt (X-Large)

Prada Men's 4E2719 White Fabric Sneaker EU 7.5 (41,5)/US 8.5

Jordan Men's Air 1 Retro High OG, Game ROYAL/SUMMIT WHITE-BLACK, 8.5 US

Prada Men's Cotton Bermuda Shorts Olive Green

Prada Men's Cotton Piqué Short Sleeve Slim Fit Polo Shirt, Yellow (Sole) (XX-Large)

Prada Men's Cotton Piqué Short Sleeve Slim Fit Polo Shirt, Sky-Blue (Cielo) (X-Large)

Prada Men's Brown Stretch Casual Shorts US 36 IT 52;

Gucci Men's Snakeskin & Leather Padded High-Top Sneaker, Navy/Beige/Silver 368494 (8.5 US/8 UK)

Sean John Men's Belted Flight Shorts (Chambray Blue, 36)

adidas Men's Trefoil Tee, White, XL

Gucci Men's Blue Cotton Jersey Polo Golf Shirt 354345 4372 (XL)

Sean John Men's Dip-Dyed Button Shirt (SJ Cream, X-Large)

Gucci Polo Shirt, Mens Gray Short Sleeve Polo T-Shirt GG Print All Sizes (XL)

Adidas Men's Trefoil Tee, Scarlet, XL

NIKE Men's Layup 2 Shorts, University Red/University Red/White, Large

Nike Men's Team Equalizer Soccer Shorts, Navy Blue, Large

NIKE Men's Dri-FIT Cotton 2.0 Tee, Game Royal/Game Royal/White, X-Large

True Religion Men's Geno Denim Short w/Hem in Black (36)

Fruit Of The Loom Men's A-Shirt(Pack Of 6) (White, Large 42"-44" Chest)

Hanes Men's Ultimate X-Temp Ankle Socks - 10-13 / Shoe: 6-12 - White

AirStep Men's Athletic Low-cut Socks with Arch Suport and Cushion Sole - 12 Pack, Black, Socks Size 10-13. Fits Shoe Size: 6-12

Salvatore Ferragamo Men's 'lorien' Bit Loafer, Saxony Blue (8.5 D(M) US)

Majestic Athletic Men's New York Yankees Giancarlo Stanton White Cool Base Replica Player Jersey (X-Large)

Oral-B Genius Pro 8000 Electronic Power Rechargeable Battery Electric Toothbrush with Bluetooth Connectivity Powered by Braun

Kitchy Pizza Cutter Wheel with Protective Blade Guard, Super Sharp and Easy To Clean Slicer, Stainless Steel (Green)

Polo Ralph Lauren Classic Fit 100% Cotton Boxer Briefs - 3 Pack (LCBBS3) L/Red/Island Blue/Navy

Hanes Men's 6-Pack FreshIQ ComfortSoft Tanks, White, X-Large

Polo Ralph Lauren 3 Boxer Briefs (RS71) L/White

Polo Ralph Lauren Classic Fit 100% Cotton Boxer Briefs - 3 Pack (LCBBS3) L/Royal/Apple/Heather

Salvatore Ferragamo Men's Double Gancio Adjustable Belt, Black/Blue, 36

Salvatore Ferragamo Men's Double Gancini Reversible Belt, Black/Auburn, 38

Hand Painted Gucci Snake Vans

Prada Men's Cotton Piqué Short Sleeve Slim Fit Polo Shirt, White SJJ887 (XXL)

Luxurman Mens 10K Natural 0.5 Ctw Diamonds Pinky Ring Band For Him (White Gold Size 10)

Libratone Q ADAPT Lightning In-Ear Noise Cancelling Headphones - for Apple Devices (Stormy Black)

Hugging Tree Hill Soap Box 3 Pack (Soap Dish) - Container Perfect for Cosmetics, Travel, Camp, and Storage. Made in USA! 4 x 2.5 x 1.5 in. (Black 3 Pa

Prada Men's Gabardine Canvas High Top Sneaker, Navy (8.5 US/7.5 UK)

Gucci Men's Calfskin Cap-Toe Lace-up Oxford Shoe, Black (Nero) 367927 (US 8.5 UK 8)

ROunderbum Men's Butt-Enhancing Padded Trunk, White, Large

ROunderbum Men's Padded Trunk, Heather Brown, Large

ROunderbum Men's Butt-Enhancing Padded Trunk, Gray, Large

Fruit of the Loom Men's A-Shirt, White, X-Large(Pack of 6)

NIKE Men's Sportswear Hangtag Swoosh Tee, Game Royal/White, X-Large

NIKE Men's Layup 2 Shorts, Game Royal/Game Royal/Game Royal/White, X-Large

ROunderbum Men's Butt-Enhancing Padded Trunk, White, Large

Prada Men's Plume Leather High-top Sneaker, White 4T2842 (8.5 US/7.5 UK)

adidas Mens Yeezy Boost 350" Blue Tint Blue Tint/Grey Fabric Size 8.5
Roja Baies Candle, 7.7 fl. oz.
Bath and Body Works Bergamot Waters Candle - Large 3-wick 14.5 oz White Barn Candle Co. - Bergamot Sandalwood Scent
Gucci Men's 'Damo' Leather Horsebit Driver, Navy 322741 (8.5 US/8 UK)
Gucci Men's Contrast Padded Textured Leather Lace-up Trainer Sneaker, Red 407330 (8 US/7.5 UK)
ROunderbum Men's Butt-Enhancing Padded Trunk, Gray, Large
ROunderbum Men's Butt-Enhancing Padded Trunk, Gray, Large
ROunderbum Men's Butt-Enhancing Padded Trunk, Gray, Large
Gentle Jewelry Cleaner Solution Kit: Gold, Sterling Silver, Diamond, Turquoise, Pearl, Earrings, Engagement or Wedding Ring, Fine & Fashion Jewlery, C
Easton Marlowe Men's Dress Socks Subtle Patterns - 6pk #38, Argyle Striped Polkadot - 39-42 EU shoe size
JOYNÃ‰E Men's Breathable Bamboo Canterbury Dress Socks (Pack of 6)
Adidas Yeezy Desert Rat 500 "Blush" - DB2908
Gucci Microguccissima Leather Belt, Dark Brown (T. Moro) (36-38 US/95 UK)
Prada Men's Vitello Leather Zip-Side High-top Sneaker, Black 4T2842 (8.5 US/7.5 UK)
Yeezy Boost 350 V2 F36980 Butter (8.5)
Oral-B Genius Pro 8000 Electronic Power Rechargeable Battery Electric Toothbrush with Bluetooth Connectivity Powered by Braun, Black
The Joanna Vargas Twilight Epidermal Growth Factor Face Mask Will Help You Get Rid Of Wrinkles - Moisturizers with Peptides - Amino Acids
Omega 3 Alaskan Fish Oil Chew Treats for Dogs - With AlaskOmega for EPA & DHA Fatty Acids -
For Shiny Coats & Itch Free Skin - Natural Hip & Joint Sup
adidas Yeezy Boost 350 V2 - US 8.5
ROunderbum Men's Padded Boxer, Gray, Large
PRADA Luna Rossa SPORT Toiletry Bag + Shower Gel 2.5 oz + Sport Facial Moisturizer Cream 1.7 oz
Prada Men's Spazzolato Ribbon Nylon Sandals, Black 4X2210 (8.5 US UK 7.5)
BALLY Men's Winston Sneaker White 8.5 D UK
BALLY Men's Astreo Sneakers, White Multi, 8.5 D(M) US
True Religion Men's Buddha Logo Short Sleeve Tee2, White, XL
True Religion Men's Tee, Cyber Wash, XL
Luna Rossa Black by Prada Eau de Parfum 50ml
Brita Large 10 Cup Everyday Water Pitcher with Filter - BPA Free - White
Brita Replacement Water Filter for Pitchers, 3 Count
Rimowa Salsa Deluxe 29" Multiwheel with Electronic Tag
BALLY  Men's Piotre-310 Black 7.5 D UK
Polo Ralph Lauren Swim Short Aqua (Large)
Gucci Swim Shorts, Black Mens Swim Trunks - Sizes: S, M, L, XL, XXL (L)
Michael Kors Big Logo Swim Suit Trunks Board Shorts,Large, Black Gray
AmazonBasics Security Safe - 0.5-Cubic Feet
ROunderbum Men's Padded Boxer, Gray, Large
Gucci Quartz Stainless Steel and Rubber Casual Red Men's  Watch(Model: YA136309)
Apple MMEF2AM/A AirPods Wireless Bluetooth Headset for iPhones with iOS 10 or Later White
NIKEOFFWHITE OG Jordan 1 Retro High Off-White UNC (US8.5)
Gucci Men's Noel Suede Loafer, Blue (Thunder) (8 US/7.5 UK)
BALLY Men's Aston-New-05 Garconne 7.5 D UK
BALLY Men's New Competition Retro Sneaker White/Red 8.5 D UK

Prada Men's Black Leather Hi Top Fashion Sneakers Shoes US 8.5 IT 7.5 EU 41.5;

Driftsun 20 Quart Ice Chest/Heavy Duty Cooler/High Performance Commercial Grade Insulation (Tan)

BALLY Ascar Calf Leather Sneaker in Multicolor (8, Ink)

True Religion Men's Graffiti Graphic Tee, White with Space Mauve Print, XL

Bose SoundTouch 20 wireless speaker, works with Alexa, Black (738063-1100)

Safer Brand 05140 The Pantry Pest Trap, 2 Moth Traps

Air Jordan 2 Retro Low - 832819 101

Ted Baker Men's Martt Uniform Dress Shoe, Tan, 8.5 M US

Ted Baker Men's Martt Uniform Dress Shoe, Black, 8.5 M US

Malin + Goetz Lime Bar Soap, 5 oz

Baxter of California Men's Exfoliating Body Bar, 7 oz

Diptyque Baies Candle-6.5 oz.

Bath and Body Works Bergamot Waters Candle - Large 3-wick 14.5 oz White Barn Candle Co. - Bergamot Sandalwood Scent

Bath & Body Works Room Perfume Spray Bergamot Waters 2017

Ideal Home Range Guest Towel Decorative Paper Napkins, Please Use, Gold, 16 Count

Prada Men's Vitello Leather Suede Loafer Shoes Black

Prada Men's America's Cup Patent Leather Trainer Sneaker, Black (Nero) (8.5 US / 7.5 UK)

adidas Y-3 Men's Kusari II Sneakers, White/Black, 8.5 M UK

Valentino Men's Rockrunner Camouflage Suede Nylon Sneaker Shoes Navy Yellow

Valentino Men's Suede Leather Sneaker Shoes White Red

Gucci Original GG Canvas with Leather Belt, Brown/beige (32-34 US / 85 UK)

Versace Men's Iconic Long Boxer Brief with White and Gold Band White 1 4/MD (US 32)

Versace Men's Iconic Boxer Brief with Black Band Black 5/LG (US 34)

Versace  Men's Low Rise Trunks Red/White Underwear

Versace Men's Iconic Boxer Brief with Black Band Black 4/MD (US 32)

Versace Men's Iconic Long Boxer Brief with White and Gold Band White 1 5/LG (US 34)

Versace Men's Printed Low Rise Trunk White/Light Blue 5

NIKE Lebron XV

Air Jordan 11 Retro "Win Like 96" - 378037 623

Beats Studio3 Wireless Headphones - Shadow Gray

Beats Studio3 Wireless Headphones - Shadow Gray

Versace Men's Iconic Long Boxer Brief with White and Gold Band White 1 4/MD (US 32)

Home Decor Fall in Love Cotton Linen Pillow Covers 18x18,MFGNEH Autumn Decor Maple Leaves Throw Pillow Case Cushion Cover for Sofa

Nahuaa 2PCS Artificial Shrubs Fake Fall Bushes Large Silk Autumn Maple Leaves Bundles Indoor Outdoor Table Centerpieces Arrangements Home Kitchen Offi

Gucci Men's Stretch Khakis Casual Pants Size US 36 IT 52

Gucci CL Checked Orange Dress Shirt Size 44/17,5 U.S. Slim

Gucci Men's Dark Blue Cotton Denim Slim Jeans Pants, Blue, 36

Fendi Men's Shoes Leather Trainers Sneakers Black US Size 8 7E10894STF101G

Gucci Men's Suede Tassle Loafer Shoes Dark Brown

Gucci Men's Leather With Suede Detail Lace-up Oxford, Burnished Brown 368445 (US 8 UK 7.5)

Fendi Large Chameleon White Dial Black Leather Strap Diamond Watch F300034021D1

The Joanna Vargas Twilight Epidermal Growth Factor Face Mask Will Help You Get Rid Of

Wrinkles - Moisturizers with Peptides - Amino Acids
Bamboo Charcoal Soap From Celebrity Facialist Joanna Vargas -This Complexion Soap Can Be Used As An Acne Face Wash and Natural Body Soap- Natural Face
Exfoliating Is The Secret to Glowing Skin - The Exfoliating Mask By Celebrity Facialist Joanna Vargas - A Natural Enzyme Facial Peel and Exfoliant - I
Gucci Men's Stretch Dark Wash Straight Leg Jeans Size US 38 IT 54
Kettle Brand Potato Chips, Honey Dijon, Single-Serve 1.5 Ounce (Pack of 24)
Johnsonville BTG0498BUN Sizzling Sausage Specialty Grill & Cookbook, Black/Stainless
Bose QuietComfort 35 (Series II) Wireless Headphones, Noise Cancelling, with Alexa voice control - Silver
Diptyque Scented Candle - Baies (Berries) - 70g/2.4oz

Oster Copper-Infused DuraCeramic 3.3-Quart Air Fryer
Prada Men's Black Leather Reak Sheep Fur Trimmed Ankle Boots Shoes Sz US 8 IT 7 EU 41
frr Black Shearling Sheepskin Fudd Hat - L
Stetson Men's Cashmere Silk Blend Ivy Cap with Lining, Gray, Large
Canada Goose Men's Chilliwack Bomber (X-Large, Royal PBI Blue)
Thank You Gift Bag - Paper Shopping Bag 8 x 10 x 5 White Matte Elegant Euro Tote Heavy Duty 250 g Art Paper - Retail Merchandise/Boutique - Embossed 12
Belle Fleur - Jasmine Verbena Candle
Belle Fleur - Mayan Tuberose Candle
Belle Fleur - Figue Noir Candle
Thank You Cards- Bulk Pack of 100 With Envelopes White With Gold Hot Stamped Greeting Cards
Moncler Unisex Striped Rib-Knit Beanie Black

Axis II Queen Sleeper-3 seat, Tate Queen Bed Walnut
Beautysleep Queen Mattress
Baxter Marigold 10'x14' Rug
Ceres Desert Rug 9'x12' Rug
Simplehuman Recylcer 58 liters
Bunky Board Queen '15
Steppe Trunk
Tucker End Trunk
EA-Jaipur Orange F/Q Quilt
Pebble Matelasse Oyster Shwrcr

Shower Curtain Roller Rings Mat
Pebble Slate Queen Sheet Set
Dexter Floor Lamp with white Shade
Arch 6-Drawer Dresser Tea
EA-Siesta Grey F/Q Blanket
Dog Bed Piazza Shadow Large
Aldo II Mandarin 2.5'x8' Rug
EA-Chantal Classic SS Kettle
EA-Flannel Stripe Queen Sheet
Element Metal Vase Antiqued Br

Men's Nike Jordan Heritage Gym shoes red/black size 9
Cartier Men's W5200014 Tank Solo Large Stainless Steel Watch

Wellingsale 14k Yellow Gold Solid 7.5mm Polished Flat Mariner White Pave Diamond Cut Chain Necklace 24in
Beats Solo3 Wireless On-Ear Headphones - Gloss Black

SquareTrade 3-Year Home AV Protection Plan

Tumi Alpha 2 Continental Expandable 4 Wheel Carry-On, Black, One Size

Tumi Alpha 2 Compact Laptop Brief Pack, Black, One Size

Pro Club Mens Comfort Cotton Tank Top, White, X-Large

Amazon Essentials Men's Short-Sleeve Plaid Shirt, Navy, X-Large

Gucci Men's Navy Suede Brb Leather Web Detail High-top Sneakers 337221 (9 US / 8.5 G, Navy)

Polo Ralph Lauren Mens Printed Swim Shorts Beach Trunks with Strings (Blue Surf, L)

Levi's Men's 559 Relaxed Straight Fit Jean, Range, 36x32

Polo Ralph Lauren Mens Logo Shorts Swim Trunks (Red Reef, L)

Gucci Men's Contrast Padded Textured Leather High Top Sneaker, White 368494 (US 8.5 (Gucci/UK 8))

Polo Ralph Lauren Mens Classic Fit 867 Jeans (36W x 32L)

Perry Ellis Men's Long Sleeve Solid Linen Popover Shirt, Bright White, X-Large

Polo Ralph Lauren Mens Dungarees Straight Chino (Aviator Navy, 36x32)

Nautica Men's Flat Front Linen Pant, Bright White, 36W x 32L

Dockers Men's Classic Fit Signature Khaki Pants D3, Black (Cotton)-Discontinued, 36W x 32L

Levi's Men's 514 Straight Jean,  Shoestring, 36x32

Levi's Men's 514 Straight Fit Jean Graphite, Chino/Padox Canvas, 36x32

IZOD Men's Advantage Performance Solid Polo, Real Red, X-Large

Sean John Men's Tailored Fit Check Spread Collar Dress Shirt, Cork, 17" Neck 32"-33" Sleeve

Levi's Men's 514 Straight Fit Jean, Veritable, 36x32

Smiffy's Men's 80's Prom King Costume, Multi, Large

PSD Underwear Men's Psd Premium Boxer Brief, White Jimmy Butler Signature's Cup Brief, Large

PSD Mens Ducky Jimmy Butler Boxers Underwear Large Brown

Men's Stainless Steel Bracelet (3/4 cttw, H-I Color, I2-I3 Clarity)

Furbuster Pet Hair Magnet

RETRO Gazelle Run Rap Nerd DJ Frame Clear Lens Eye Glasses

Z-joyee Mens Patent Leather Tuxedo Dress Shoes Lace up pointed Toe Oxfords Formal Wedding Shoes, Black, Us 8.5

Polo Ralph Lauren Mens Dungarees Straight Chino (Aviator Navy, 36x32)

CONCITOR LINEN Men's Dress Pants Trousers Flat Front Slacks Solid RED Color 36

IZOD Men's Advantage Performance Solid Polo, Real Red, Large

UGG Mens Metcalf Rain Boot Stout Size 8.5

50 22" Premium Glow Stick Necklaces Assorted Colors Glowsticks

Glow Sticks Party Pack: 8" Lumistick Bracelets w/ 22" Lumistick Necklaces

Nike Jordan Men's Air Jordan 1 Retro High Blk/Mtlc Rd Brnz Drk Gry White Basketball Shoe 8.5 Men US

Polo Ralph Lauren Men Medium Fit Soft Touch Polo Shirt, Newport Navy, X-Large

Polo Ralph Lauren Men's Medium Fit Interlock Polo Shirt (X-Large, Hampton Pink)

Polo Ralph Lauren Mens Chino Flat Front Shorts (Basic Sand, 36)

Stupell Home Décor Somewhere Over the Rainbow Watercolors Wall Plaque Art, 10 x 0.5 x 15, Proudly Made in USA

Hand Painted Red Beauty in Bloom Flowers
Painting Canvas Modern Contemporary Bouquet
Framed Wall Art For Living Room Dining
Room Office Bedroom

Bathroom Etiquette Guest Towels Party
Disposable Tableware and Supply, Paper, 2 Ply,
8" x 4", Pack of 16.
Thunaraz 2pcs Black Rubber Bracelets ID
Bracelet Engraved Bible Prayer and Serenity
Prayer

Polo Ralph Lauren Men's Cotton Blend Fleece
Sweatpants Pants (Large, Light Sport Heather)
Nike Jordan Men's Jordan 1 Mid Wolf
Grey/Cool Grey/Cool Grey Basketball Shoe 8.5
Men US
Nike Club Swoosh Men's Fleece Sweatpants
Pants Classic Fit, Large - Black/White
Polo Ralph Lauren Mens Slim Fit Soft Cotton
Pants (36W x 32L, Classic Khaki)
Ralph Lauren Men's Standard Fit Twill Pony
Logo Button-Down Shirt (L, Blue/Magenta)
Tommy Hilfiger Men's Dathan Fashion
Sneaker,Light Brown Leather,9 M US

2