**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CRIMINAL NO. 19-mj-00266** |
| **v.** | **:** | |
| | **:** | |
| **ANDREW ROBERTSON,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## MOTION FOR PROTECTIVE ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States has sent a copy of this proposed Protective Order to counsel for the defendant, but as of the date of filing, has not received a response. As the next Court hearing in this matter is scheduled for December 19, 2019, the United States would like to provide discovery as soon as possible. Therefore, the United States respectfully requests that the Court enter the attached protective order.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar No. 472845

By:        /s/
Kathryn L. Rakoczy
Assistant United States Attorney
D.C. Bar No. 994-559
555 4th Street, N.W., Room 5239
Washington, D.C. 20530
(202) 252-6928
Kathryn.Rakoczy@usdoj.gov

Dated:  December 3, 2019