## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 19-mj-266** |
| | **:** | |
| **ANDREW ROBERTSON** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Special Assistant United States Attorney Adam C. Jed is entering his appearance in the above-captioned matter as co-counsel for the United States of America.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar No. 472845

By:  _____/s/_____

ADAM C. JED
Assistant United States Attorney
555 Fourth Street, NW, Rm. 5227
Washington, DC  20530
(202) 252-1793
adam.jed@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2019, a copy of this Notice of Appearance was sent via electronic case filing to counsel for the defendant.

_____/s/_____
Adam C. Jed
Assistant United States Attorney