UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Criminal No.: 19-mj-266 (DAR) |
| : | |
| **ANDREW ROBERTSON,** : | |
| : | |
| **Defendant.** : | |

## JOINT MOTION TO CONTINUE PRELIMINARY HEARING

The United States of America and the defendant, Andrew Robertson, by and through undersigned counsel, hereby request a continuance of the preliminary hearing scheduled in the above-captioned matter and in support thereof state as follows:

1. On October 29, 2019, this Court issued a criminal complaint against the defendant for a violation of 18 U.S.C. § 1341, mail fraud. *See* ECF No. 1.

2. The defendant was arrested on November 25, 2019. *See* ECF No. 9.

3. This matter was set for a preliminary hearing on December 19, 2019, but pursuant to a joint oral motion, the preliminary hearing was continued until January 31, 2020, and time was excluded under the Speedy Trial Act in the interest of justice. *See* 12/19/19 Minute Entry.

4. On January 31, 2020, counsel for the defendant made an oral motion to continue the preliminary hearing, and the Court granted the continuance and set the hearing for March 4, 2020, and time was excluded under the Speedy Trial Act in the interest of justice. *See* 1/31/2019 Minute Entry.

5. On March 4, 2020, counsel for the defendant made an oral motion to continue the preliminary hearing, and the Court granted the continuance and set the hearing for March 25, 2020. Time was excluded under the Speedy Trial Act in the interest of justice. See 3/4/2020 Minute Entry.

6. On March 25, 2020, the Court issued a minute order stating that, in light of Standing Order No. 20-9 issued by the Chief Judge regarding court operations during the COVID-19 pandemic, the preliminary hearing would be continued until April 20, 2020; time was excluded under the Speedy Trial Act in the interest of justice. *See* 3/25/20 Minute Order.

7. On April 2, 2020, the Chief Judge issued Standing Order No. 20-19, which extended the postponement of proceedings in Standing Order 20-9, and directed that proceedings such as the preliminary hearing in this matter be postponed until June 1, 2020. *See* Standing Order 20-19 at 3. In addition, in Standing Order 20-19, the Chief Judge found that, as to criminal proceedings postponed under the Order, time was excluded under the Speedy Trial Act in the interest of justice. *Id*. at 4.

8. The Defendant, through counsel, consents to this continuance request. The Defendant has been advised of his rights under the Speedy Trial Act, 18 U.S.C. § 3161, and of his right under Rule 5.1 of the Federal Rules of Criminal Procedure to have a preliminary hearing within 14 days of the initial appearance, and he waives these rights until the next scheduled preliminary/detention hearing date.

WHEREFORE based on the foregoing reasons and any others that may appear to the Court, the parties respectfully request that this Court continue the defendant's preliminary hearing until the week of June 22, 2020, and exclude the time between April 20, 2020, to the new hearing date under the Speedy Trial Act, in the interest of justice.

          Respectfully submitted,

          TIMOTHY J. SHEA
          United States Attorney
          D.C. Bar No. 437437

By:    */s/ Kathryn L. Rakoczy*
          Kathryn L. Rakoczy
          Assistant United States Attorney
          D.C. Bar No. 994559
          U.S. Attorney's Office for the District of Columbia
          Fraud & Public Corruption Section
          555 4th Street, N.W., Room 5239
          Washington, D.C. 20530
          (202) 252-6928
          Kathryn.Rakoczy@usdoj.gov