UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff;  ) | |
| ) | |
| v.  ) | Case No. 19-mj-266 (RMM/GMH) |
| ) | |
| ANDREW ROBERTSON,  ) | |
| ) | |
| Defendant.  ) | |

**JOINT MOTION TO CONTINUE PRELIMINARY HEARING/STATUS HEARING**

Defendant, Andrew Robertson, through undersigned counsel, and the Government, through Assistant United States Attorney Kathryn Rakoczy, respectfully requests that the August 18, 2020 Preliminary Hearing/Status Hearing be continued until the week of September 14, 2020 2020. In support of this request, the Defendant states:

1. The Defendant's Preliminary Hearing/Status hearing is presently scheduled for August 18, 2020. In light of the Standing Order issued by Chief Judge Howell on August 10, 2020, postponing all non-emergency court proceedings until after September 18, 2020, the parties request that the Court continue the Preliminary Hearing/Status Hearing until the week of September 14, 2020.

2. The Government, per Assistant United States Attorney Kathryn Rakoczy, joins in this request.

3. The Defendant further requests, based on the contents of Chief Judge Howell's August 10, 2020 Standing Order, that the time period from August 18, 2020, until the next scheduled hearing in this matter be excluded under the Speedy Trial Act.

4. In the event the Court grants this Motion, the parties will contact the Court's courtroom deputy to schedule the next hearing in this case.

Respectfully submitted,

        A.J. Kramer
        Federal Public Defender

        /s/
        _____

        David W. Bos
        Assistant Federal Public Defender
        625 Indiana Ave., N.W., Suite 550
        Washington, D.C.   20004
        (202) 208-7500, ext. 118


        /s/
        _____

        Kathryn Leigh Rakoczy
        U.S. ATTORNEY'S OFFICE FOR THE DISTRICT
        OF COLUMBIA
        555 Fourth Street, NW
        Washington, DC 20530
        (202) 252-6928
        Fax: (202) 305-8537
        Email: kathryn.rakoczy@usdoj.gov