UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff;  )<br>  )<br>v.  )<br>  )<br>ANDREW ROBERTSON,  )<br>  )<br>Defendant.  ) | Case No. 19-mj-266 (RMM) |

**JOINT MOTION TO CONTINUE PRELIMINARY HEARING/STATUS HEARING**

Defendant, Andrew Robertson, through undersigned counsel, and the Government, through Assistant United States Attorney Kathryn Rakoczy, respectfully requests that the November 9, 2020 Preliminary Hearing/Status Hearing in this case be continued approximately 45 days. In support of this request, the Defendant states:

1. The Defendant's Preliminary Hearing/Status hearing is presently scheduled for November 9, 2020. The Government has extended a pre-indictment plea offer to the Defendant. The Defendant has informed undersigned counsel that he anticipates accepting the Government's plea offer, but would like additional time to discuss the plea offer with his family and undersigned counsel. The Defendant therefore request that the Court continue the Preliminary Hearing/Status Hearing for approximately 45 days.

2. The Government, per Assistant United States Attorney Kathryn Rakoczy, joins in this request.

3. The Defendant further requests, based on the above representations, that the time period from November 9, 2020, until the next scheduled hearing in this matter be excluded under the Speedy Trial Act.

4. In the event the Court grants this Motion, the parties will contact the Court's courtroom deputy to schedule the next hearing in this case.

Respectfully submitted,
A.J. Kramer
Federal Public Defender

/s/
_____
David W. Bos
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.   20004
(202) 208-7500, ext. 118