UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff;    ) | |
| ) | |
| v.    ) | Case No. 19-mj-266 (ZMF) |
| ) | |
| ANDREW ROBERTSON,    ) | |
| ) | |
| Defendant.    ) | |

**UNOPPOSED MOTION TO CONTINUE PRELIMINARY
HEARING/STATUS HEARING**

Defendant, Andrew Robertson, through undersigned counsel, respectfully requests that the December 23, 2020, Preliminary Hearing/Status Hearing in this case be continued until a date after January 25, 2021. In support of this request, the Defendant states:

1. The Defendant's Preliminary Hearing/Status Hearing is presently scheduled for December 23, 2021. The parties are in the process of finalizing a plea agreement in this matter, and expect to have a signed agreement in the next few weeks. The Defendant, therefore, requests that the Court continue the presently scheduled Preliminary/Status Hearing for approximately thirty days.

2. The Government, per Assistant United States Attorney Kate Rakoczy, does not oppose this request.

3. The Defendant further requests that the time period from December 23, 2020, until the next scheduled hearing in this matter be excluded under the Speedy Trial Act.

4. In the event the Court grants this Motion, the parties will contact the Court's courtroom deputy to schedule the next hearing in this case.

        Respectfully submitted,

        A.J. Kramer
        Federal Public Defender

           /s/

        _____
        David W. Bos
        Assistant Federal Public Defender
        625 Indiana Ave., N.W., Suite 550
        Washington, D.C.  20004
        (202) 208-7500, ext. 118