UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff; ) | |
| ) | |
| v. ) | Case No. 19-mj-266 (DAR/GMH) |
| ) | |
| ANDREW ROBERTSON, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION TO CONTINUE PRELIMINARY HEARING/STATUS HEARING**

Defendant, Andrew Robertson, through undersigned counsel, and the Government, through Assistant United States Attorney Kathryn Rakoczy, respectfully requests that the January 25, 2021 Preliminary Hearing/Status Hearing in this case be continued approximately 45 days. In support of this request, the Defendant states:

1. The Defendant's Preliminary Hearing/Status hearing is presently scheduled for January 25, 2021. The Government has extended a pre-indictment plea offer to the Defendant. The Defendant would like additional time to discuss the plea offer with undersigned counsel. The Defendant therefore requests that the Court continue the Preliminary Hearing/Status Hearing for approximately 45 days, preferably to a date after March 8, 2021.

2. The Government, per Assistant United States Attorney Kathryn Rakoczy, joins in this request.

3. The Defendant further requests, based on the above representations, that the time period from January 25, 2021, until the next scheduled hearing in this matter be excluded under the Speedy Trial Act.

4. In the event the Court grants this Motion, the parties will contact the Court's courtroom deputy to schedule the next hearing in this case.

Respectfully submitted,

        A.J. Kramer
        Federal Public Defender

          /s/
        _____

        David W. Bos
        Assistant Federal Public Defender
        625 Indiana Ave., N.W., Suite 550
        Washington, D.C. 20004 (202)
        208-7500, ext. 118